**Order entered June 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00848-CV

**LUCKY MERK, LLC D/B/A GREENVILLE BAR & GRILL, ET AL., Appellants**

**V.**

**GREENVILLE LANDMARK VENTURE, LTD., ET AL, Appellees**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. 10-02411-D**

## ORDER

We **GRANT** appellees' June 19, 2013 agreed third motion for an extension of time to file a brief. Appellees shall file their brief on or before July 1, 2013. We caution appellees that no further extension will be granted absent extraordinary circumstances.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE